DOMINIQUE VECCHINI, Respondent, *v.* ADOLPH E. WUPPERMANN, Appellant, Impleaded with Others.

*Vecchini v. Wuppermann,* 176 App. Div. 908, appeal dismissed.
(Submitted October 1, 1917; decided October 9, 1917.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first

judicial department, entered January 26, 1917, affirming a judgment in favor of plaintiff entered upon a verdict.

The motion was made upon the grounds that affirmance by the Appellate Division was unanimous; that the exceptions were frivolous; that no questions of law were involved and that the appeal was taken solely for delay.

*James Gordon* for motion.

*Arthur Furber* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.